IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STATE OF NEW MEXICO,** *ex rel.* **FRANK C. FOY**
**AND SUZANNE B. FOY,**

    *Qui tam* **Plaintiffs,**

vs.　　　　　　　　　　　　　　　　　　　No. CIV-09-178

**VANDERBILT CAPITAL ADVISORS, LLC;**
**VANDERBILT FINANCIAL, LLC;**
**VANDERBILT FINANCIAL TRUST;**
**OSBERT M. HOOD; RON D. KESSINGER;**
**ROBERT P. NAULT; JAMES. R. STERN;**
**PATRICK A. LIVNEY; STEPHEN C. BERNHARDT;**
**KURT W. FLORIAN, JR.; ANTHONY J. KOENIG, JR.;**
**MARK E. BRADLEY; PIONEER INVESTMENT**
**MANAGEMENT U.S.A., INC.; PIONEER GLOBAL ASSET MANAGEMENT S.P.A.;**
**UNICREDITO ITALIANO, S.P.A.;**
**KATTEN MUCHIN ROSENMAN LLP; RICHARDS, LAYTON & FINGER, P.A.;**
**CLIFFORD CHANCE US, LLP; ERNST & YOUNG LLP;**
**PRICE WATERHOUSE COOPERS; BRUCE MALOTT;**
**MEYNERS + CO; GARY BLAND; CITIGROUP;**
**CITIGROUP GLOBAL MARKETS INC.;**
**BEAR, STEARNS & CO. INC.; UBS INVESTMENT BANK;**
**UBS SECURITIES LLC; CALYON CREDIT AGRICOLE CIB;**
**CREDIT AGRICOLE SA; JEFFERIES CAPITAL MANAGEMENT, INC.;**
**FORTIS SECURITIES LLC; FORTIS NV; ACA MANAGEMENT, L.L.C.;**
**JP MORGAN CHASE BANK, N.A.; ABN AMRO, INC.;**
**STONE CASTLE SECURITES, L.L.C.; AND JOHN DOE #1; JOHN DOE #2 (DAVID CONTARINO); AND JOHN DOE #3 THROUGH #50,**

    **Defendants.**

## RULE 7.1 DISCLOSURE BY DEFENDANT UBS SECURITIES, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant UBS Securities, LLC makes the following disclosure: UBS Securities, LLC is an indirect wholly owned subsidiary of UBS AG. UBS AG is publicly held and trades on the New York Stock Exchange, the Swiss Stock Exchange, and the Tokyo Stock Exchange.

Respectfully submitted,

BRENNAN & SULLIVAN, P.A.

By: __/s/ Michael W. Brennan_____
Michael W. Brennan
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514
Attorneys for Defendants UBS Securities, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of February, 2009, I filed the foregoing electronically through the CM/ECF system, and caused the following parties or counsel to be served by electronic means, as follows:

Victor R. Marshall, Esq., Attorneys for Plaintiffs
victor@vrmarshall.com

David K. Thomson, Esq. and Nan E. Erdman, Esq., Attorneys for State of New Mexico
dthomson@nmag.gov and nerdman@nmag.gov

Sam Bregman, Esq. and Eric Loman, Esq., Attorneys for Defendant Meyners + Company
sam@bregmanlawfirm.com and eric@bregmanlawfirm.com

Walter J. Melendres, Esq., Stephen S. Hamilton, Esq., and
 Alexandra Corwin Aguilar, Esq., Attorneys for Defendant Gary Bland
wmelendres@montand.com and shamilton@montand.com
and acorwinaguilar@montand.com

Henry F. Narvaez, Esq., Martin R. Esquivel, Esq., and Bryan C. Garcia, Esq.,
 Attorneys for Defendant Bruce Malott
hnarvaez@narvaezlawfirm.com and mesquivel@narvaezlawfirm.com
and bgarcia@narvaezlawfirm.com

Charles R. Peifer, Esq. and Lauren Keefe, Esq., Attorneys for Defendant
 Ernst & Young, LLP
cpeifer@peiferlaw.com and lkeefe@peiferlaw.com

Andrew G. Schultz, Esq., Peter L. Simmons, Esq., Samuel P. Groner, Esq.,
 David Wei, Esq., John T. Boese, Esq., Douglas W. Baruch, Esq., Karen M. Soares, Esq.,
 Attorneys for Defendants Vanderbilt
    Aschultz@rodey.com and Peter.Simmons@friedfrank.com
    and Samuel.Groner@friedfrank.com and David.Wei@friedfrank.com
    and John.Boese@friedfrank.com and Douglas.Baruch@friedfrank.com and
    Karen.Soares@friedfrank.com


By:    __*/s/ Michael W. Brennan*_____
        Michael W. Brennan