# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
120 South Federal Place
P.O. Box 2384
Santa Fe, NM 87504-2384
(505) 988-6481
Fax (505) 988-6473

200 East Griggs
Las Cruces, NM 88001
(505) 528-1400
Fax (505)528-1425

April 16, 2009

Clerk of the District Court
First Judicial District Court
P.O. Box 2268
Santa Fe, New Mexico 87504-2268

  **RE:  State of New Mexico, ex rel., Frank C. Foy and Suzanne B. Foy, vs. Vanderbilt Capital Advisors, LLC, et al., - CV 09-0178 RB/MEH**

Dear Sir or Madam:

   Please find enclosed a certified copy of the Memorandum Opinion and Order, signed by U.S. District Judge Judge Robert C. Brack, along with the original entire case file, remanding this case to your Court.

   Please acknowledge receipt of these records by returning a copy of this letter to this office.

Yours truly,

MATTHEW J. DYKMAN, Clerk

By: _____
       Deputy Clerk

Enclosures

cc: Counsel of Record/File